# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:16cv52

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| | ) | |
| **WITTNER WRIGHT, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pending before the Court is the Unopposed Motion to Stay [# 7]. Plaintiff moves to stay the Initial Attorney's Conference in this case pending the filing and service of an amended complaint. Plaintiff intends to file its amended complaint naming additional defendants within the next thirty (30) days. For good cause shown, the Court **GRANTS** the motion [# 7] and **STAYS** the Initial Attorney's Conference. The parties shall conduct the Initial Attorney's Conference within fourteen (14) from the date the additional defendants file their answer.

Signed: May 27, 2016

Dennis L. Howell
United States Magistrate Judge