# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:16 cv 52

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WITINER WRIGHT; LISA WRIGHT; )<br>ADULT CARE SPECIALISTS INC, also )<br>Known as CANDLER LIVING CENTER;)<br>and REALITY RESIDENTIAL )<br>CANDLER, INC., ALLCARE GROUP, )<br>INC.; and BARRY E. WRIGHT, )<br>)<br>    Defendants. )<br>_____ ) | **ORDER** |

THIS MATTER has come before the undersigned pursuant to a Consent Motion to Stay the Initial Attorneys' Conference (#19). In the motion, the parties advise they are conferring concerning the terms of a consent judgment that would resolve this litigation. It would thus appear that good cause has been shown for the granting of the motion and the motion should be allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Consent Motion to Stay the Initial Attorneys' Conference (#19) is **ALLOWED** and the parties shall have up to

and including **November 4, 2016** to conduct the initial attorneys' conference, if the consent judgment is not filed with the Court by that time.

Signed: October 20, 2016

Dennis L. Howell
United States Magistrate Judge